

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-11-00084-CV

_____

CITY OF CARTHAGE, CARSON JOINES, JOHN COOKE,
IDA BECK, AND OLIN JOFFRION, Appellants

V.

VICKIE BAILEY, Appellee

On Appeal from the 123rd Judicial District Court
Panola County, Texas
Trial Court No. 2010-023

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Appellants, City of Carthage, Carson Joines, John Cooke, Ida Beck, and Olin Joffrion, have filed with this Court a motion to dismiss the pending appeal in this matter. Appellants represent to this Court that the parties have reached a full and final settlement. In such a case, no real controversy exists, and in the absence of a controversy, the appeal is moot.

We grant the motion and dismiss this appeal.


Josh R. Morriss, III
Chief Justice

Date Submitted:     October 31, 2011
Date Decided:       November 1, 2011

2